No. 98-1872. NASHUA CORP. v. RICOH CO., LTD., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 98-1875. EVERETT ET AL. v. US AIRWAYS GROUP, INC., ET AL. C. A. D. C. Cir. Certiorari denied.

No. 98-1876. SHEREN v. DAYTON HUDSON CORP. C. A. 7th Cir. Certiorari denied.

No. 98-1877. GIPSON v. KAJIMA ENGINEERING & CONSTRUCTION CO. C. A. 9th Cir. Certiorari denied.

No. 98-1878. GARRICK ET UX. v. THIBODEAUX ET AL. C. A. 5th Cir. Certiorari denied.

No. 98-1879. COURT OF INDIAN OFFENSES OF THE CHOCTAW NATION ET AL. v. DRY ET AL. C. A. 10th Cir. Certiorari denied.

No. 98-1880. LEADER v. LIVINGSTON PARISH SCHOOL BOARD ET AL. C. A. 5th Cir. Certiorari denied.

No. 98-1881. LIU ET UX. v. SILVERMAN, CHAPTER 7 TRUSTEE OF THE ESTATE OF LIU, ET UX. C. A. 2d Cir. Certiorari denied.

No. 98-1882. PEEK v. PEEK. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 98-1883. POLARIS PICTURES CORP. ET AL. v. CIGNA PROPERTY ET AL. C. A. 9th Cir. Certiorari denied.

No. 98-1884. SIMMS v. OKLAHOMA EX REL. OKLAHOMA DEPARTMENT OF MENTAL HEALTH AND SUBSTANCE ABUSE SERVICES. C. A. 10th Cir. Certiorari denied.

No. 98-1885. CARELLA, TRUSTEE/RECEIVER v. NEW JERSEY DEPARTMENT OF TREASURY, BY CRANE, TREASURER. Super. Ct. N. J., App. Div. Certiorari denied.

No. 98-1888. EDWARDS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.